## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronald Butler,<br><br>    Plaintiff,<br><br>v.<br><br>Bob Fletcher,<br><br>    Defendant. | Civil File No. 03-5760 (JRT/AJB)<br><br><br>**ORDER** |

Ronald A. Butler, pro se plaintiff;

David F. MacMillan, Esq., Assistant Ramsey County Attorney, for the defendant, Bob Fletcher.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 14, 2005, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that;

    1.    Plaintiff Ronald Butler's Motion to Compel Disclosure (Doc. No. 27) is **DENIED**; and

    2.    Defendant's Motion for Summary Judgment (Doc. No. 28) is **GRANTED**, and this matter is dismissed with prejudice.

Dated: August 2, 2005
at Minneapolis, Minnesota

                                                  s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                               United States District Judge